589 A.2d 1388

COMMONWEALTH of Pennsylvania,
STATE ETHICS COMMISSION

v.

Albert J. CRESSON; Robert R. Smith; Paul Vawryk; W.J. Mike Gretowski; Carl L. Gordner; Geraldine T. Dirner; Garnett L. Rainey; Gary S. Milliken; Thomas J. Dzambo; Darwin K. Luther; Loren R. Disque; Theodore Rizzo; John J. Fiorina; John E. Gera; Michael A. Gianetta; Vincent E. Byrne; William D. Ollendyke; John J. Lewis; Jason Kravitz; Stephen W. Metcalfe; Ronald D'Alfonso; Robert Copson, Sr.; George I. Trout; Susan E. Huie; Dorothy R. Smith.

Petition of Albert J. CRESSON, Garnett L. Rainey and John J. Fiorina.

No. 34 W.D. Misc. Dkt. 1991.

Supreme Court of Pennsylvania.

Argued May 6, 1991.

Decided May 10, 1991.

Robin Hittie, for State Ethics Com'n.

Charles M. Means, for petitioners.

Walter A. Bunt, for Gary A. Milliken.

Before NIX, C.J., and FLAHERTY, LARSEN, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

The order entered in the above-captioned matter on May 10, 1991, 527 Pa. 209, 589 A.2d 1388, is hereby vacated. Upon further consideration and after oral argument, the Court affirms its order of May 1, 1991, granting the Application for Extraordinary Relief in the above matter. Opinion to follow.